UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:08CR83 |
|---|---|---|
| vs. | ) | **ORDER FOR DISMISSAL** |
| JOHN PETER BRADLEY | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the Bill of Indictment herein.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the indictment herein is hereby **DISMISSED WITHOUT PREJUDICE.**

The Clerk is directed to transmit this Order electronically to defense counsel, the United States Attorney, the United States Marshal, and to the United States Probation Office.

Signed: September 8, 2008

Lacy H. Thornburg
United States District Judge